LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (216752)
Adrian R. Bacon (280332)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

MARTIN & BONTRAGER, APC
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BARRERE, an individual, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>TRADER JOE'S COMPANY, a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  2:19-cv-04297-PSG-GJS<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION OF ALL PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:   Hon. Philip S. Gutierrez<br>Action Filed:  April 12, 2019<br>Action Removed: May 17, 2019 |

1

NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED, by and among Plaintiff Gabriel Barrere ("Plaintiff") and Trader Joe's Company ("Defendant"), through their respective counsel of record, that the above-captioned action, including all claims asserted by Plaintiff against Defendant, be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: July 29, 2019                    By: /s/ Nicholas J. Bontrager

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367

MARTIN & BONTRAGER, APC
6464 W. Sunset Blvd., Ste. 960

Attorneys for Plaintiff Gabriel Barrere

Dated:  July 29, 2019                   By:  /s/ Collins Kilgore

O'MELVENY & MYERS LLP
Dawn Sestito (SBN 214011)
dsestito@omm.com
R. Collins Kilgore (SBN 295084)
ckilgore@omm.com
400 South Hope Street. 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

Attorneys for Defendant Trader Joe's Company

1

## **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 29, 2019

MARTIN & BONTRAGER, APC.

/s/ Nicholas J. Bontrager
By: Nicholas J. Bontrager
Attorneys for Plaintiff

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE